**2010–0789.  State ex rel. Thomas v. Davis.**

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0884.  Hazel v. Knab.**

In Habeas Corpus. On petition for writ of habeas corpus of Corey Hazel and petitioner's motions to set bond and to expedite consideration. Sua sponte, cause dismissed. Petitioner's motions for bond and to expedite consideration are denied as moot.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–0866.  State ex rel. Kobly v. Youngstown City Council.**

In Mandamus. Relators' motions to strike are denied. Respondents' motion for judgment on the pleadings is denied. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2009–2280.  Cleveland v. State.**

Cuyahoga App. No. 92663, 185 Ohio App.3d 59, 2009-Ohio-5968. On motions for admission pro hac vice of James B. Vogts and Lawrence G. Keane by David W. Hardymon. Motions granted.

**2010–0531.  Henderson v. Shaffer.**

In Habeas Corpus. On motion for judgment. Motion denied.

**2010–0582.  State ex rel. Am. Greetings Corp. v. Fuerst.**

In Mandamus and Prohibition. Motion of Electrical Workers Pension Fund Local 103 I.B.E.W. to intervene as respondent is granted. Motions to dismiss are denied. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

PFEIFER, J., dissents and would dismiss the cause.

**2010–0784.  State v. Sappington.**

Franklin App. No. 09AP–996. On motion for leave to file delayed appeal. Motion denied.

**2010–0845.  State v. Williams.**

Cuyahoga App. No. 92769, 2010-Ohio-659. On motion for leave to file delayed appeal. Motion granted.

**2010–0850.  State v. Thompson.**

Meigs App. No. 09CA4. On motion for leave to file delayed appeal. Motion denied.